# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cr-290-PMP-PAL |
| vs | ) | |
| **JASON BAUMGARTEN,** | ) | ORDER |
| Defendant. | ) | |

On May 19, 2009, attorney David T. Brown was appointed pursuant to the Criminal Justice Act to represent Jason Baumgarten for consultation purposes. Subsequently, Mr. Baumbarten entered into an agreement with the Government and a Waiver of Indictment and Information was filed in the above entitled matter. On August 3, 2009, a Designation of Retained Counsel (#6) was inadvertently filed on behalf of Mr. Brown. The court has now been advised of this error.

Accordingly, IT IS HEREBY ORDERED document # 6 shall be stricken from the record.

IT IS FURTHER ORDERED that David T. Brown's appointment as counsel for Jason Baumgarten is continued for this matter.

DATED this 24th day of March, 2011.

Nunc Pro Tunc: August 3, 2009.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE